| PROB 22 (Rev. 01/24) | TRANSFER OF JURISDICTION | **FILED** Aug 05, 2025 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | DOCKET NUMBER *(Tran. Court)* 3:21CR00042 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-0178-JAM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Nevada | DIVISION U.S. Probation Office |
|---|---|---|
| Mark Tucker Sharp  Plymouth, California | NAME OF SENTENCING JUDGE Miranda M. Du | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/28/2025 — TO 6/27/2025 |

OFFENSE
Felon in Possession of a Firearm

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Sharp has established familiar ties, prosocial support systems, employment and housing in the Eastern District of California.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF  Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 4, 2025
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Eastern  DISTRICT OF  California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

08/05/2025
*Effective Date*

/s/ John A. Mendez
*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Mark Tucker Sharp

Case No.: 3:21CR00042

## REQUEST FOR TRANSFER OF JURISDICTION TO THE EASTERN DISTRICT OF CALIFORNIA

August 1, 2025

TO:   The Honorable Miranda M. Du

On May 16, 2022, Your Honor sentenced Sharp to Thirty-Seven (37) months custody, followed by Three (3) years supervised release, for committing the offense Felon in Possession of a Firearm. Supervision commenced in Eastern District of California on June 28, 2024 with a transfer of supervision approval from that District. Supervision will terminate for Sharp on June 27, 2027. Sharp has established familiar ties, prosocial support systems, employment and housing in the Eastern District of California. Therefore, it is recommended that jurisdiction be transferred to the Eastern District of California to allow that District to continue to aid Sharp through a successful term of Supervised Release. Attached is a Prob 22 Transfer of Jurisdiction form to be signed by Your Honor should the Court agree to the request from the Eastern District of California.

Respectfully submitted,

Digitally signed by Anthony Spinella
Date: 2025.08.01 13:15:01 -07'00'

Anthony Spinella
Senior United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2025.08.01 10:09:39 -07'00'

Erik Flocchini
Supervisory United States Probation Officer